# EXHIBIT D

GLEN BURNIE, MARYLAND 21061

(410) 636-8004

P. Paul Cocoros

John J. Hammann
Jeffrey L. Komin

April 1, 2004

Clerk
Circuit Court for Baltimore City
Courthouse East
111 N. Calvert Street
Baltimore, Maryland 21202

    RE:    James Calafiore v. Robert Genther & Werner Enterprises

Dear Sir/Madam:

    Enclosed herewith for filing please find:

1. Civil-Non-Domestic Information Report.
2. Filing Fee in the amount of $110.00.
3. Complaint and Request for Jury Trial.

    If you have any questions or concerns, please do not hesitate to contact me. Thank you for your kind attention to this matter.

Very truly yours,

Jeffrey L. Komin

JLK/lml
Enclosures